# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C.F., by and through his parents, WILLIAM and LESLIE FLICK, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 17-CV-1599 |
| DELAWARE COUNTY INTERMEDIATE UNIT, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 4th day of October, 2017, upon consideration of Defendant's Motion to Dismiss (Doc. No. 5) and Plaintiffs' response thereto (Doc. No. 6), it is hereby ORDERED that Defendant's Motion is DENIED. It is further ORDERED that this case is REMANDED to the Hearing Officer to schedule and conduct administrative hearings on Plaintiffs' claims, consistent with the Court's accompanying Memorandum.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.